UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60693-CIV-ALTMAN/Hunt

**MARIO GUERRA**,

    Plaintiff,

v.

**RISA TRAVEL, LLC**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement filed by the Plaintiff, Mario Guerra, on May 14, 2019 [ECF No. 14]. The parties have represented to the Court that they have resolved this matter by settlement. The Court, having carefully reviewed the file, and being otherwise fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal within **30 days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of May 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record